MELVIN NELSON v. GOLDA NELSON.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE PAGE.

September 23, 1976. Petition for certification denied.

RICHARD P. COOPER v. MICHAEL R. IMBRIANI.

September 23, 1976. Petition for certification denied.

RICHARD P. COOPER v. MICHAEL R. IMBRIANI.

September 23, 1976. Cross-Petition for certification denied.

FIRST CHARTER NATIONAL BANK v. HELEN ERICSON.

September 23, 1976. Petition for certification granted.

STATE OF NEW JERSEY v. PAUL MONTALBANO.

September 23, 1976. Petition for certification denied.